THE ROSCOE COMPANY, Respondent, *v.* BERTHA H. LINDNER et al., Appellants.

*Roscoe Co.* v. *Lindner*, 166 App. Div. 889, affirmed.
(Argued May 16, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 30, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought to recover for lumber sold by plaintiff to John Lindner, a builder, payment being guaranteed by his wife, Bertha Helena Lindner. The defense was payment by an order on the owner of the house in which the lumber was used, given to the plaintiff by Mr. Lindner, and accepted by the owner, before the time agreed on for payment of the lumber. The court held that as a matter of law the order was not payment, but only security, and refused to submit to the jury the question of whether the order was given and accepted as payment.

*Winifred Sullivan* for appellants.

*Theodore T. Baylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.